FILED
 2013 Dec-18  PM 04:34
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FRANCES WAITES,**           ) | |
| )                             | |
| **Plaintiff,**                ) | |
| )                             | |
| v.                            ) | CASE NO. 2:12-cv-3801-SLB |
| )                             | |
| )                             | |
| **EXPERIAN INFORMATION**      ) | |
| **SOLUTIONS, INC.,**          ) | |
| )                             | |
| **Defendant.**                ) | |

## ORDER

This case is before the court on Plaintiff's Motion to Voluntarily Dismiss Experian Information Solutions, Inc. With Prejudice filed on December 17, 2013.  (Doc. 35).[1]  It is **ORDERED** that the claims against the remaining defendant Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE**.  Costs are taxed as paid.  This Order dismisses the last remaining defendant in the case.

**DONE**, this 17th day of December, 2013.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]  Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.